Alexander Fischel, Appellant, v. Meyer Friedlander and Others, Respondents, Impleaded with H. Otto Wittpenn and Others, Appellants. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John A. Blair, Respondent, v. Turbo-Electric Construction Company and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrers and to answer on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.; Laughlin, J., dissented.

Alice Castree Williams, Appellant, v. Emily D. Van Wagenen and Others, Impleaded, etc., Respondents. — Judgment affirmed, with costs, upon the opinion of Giegerich, J., in the court below. (Reported in 90 Misc. Rep. 111.) Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Francis Colety and Others, Surviving Executors and Trustees, etc., Appellants, v. Columbia Bank, Respondent. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Lincoln G. Valentine, Appellant, v. Charles Schmidt and Others, Respondents. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Martin A. Ryan, an Infant, etc., Appellant, v. Interborough Rapid Transit Company, Respondent. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Joseph Egan, Appellant. — Judgment affirmed. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Bridget Clarke, Respondent, v. Herman Uhl, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Jacob Holzman and Another, as Trustees, etc., Appellants, v. Hegeman & Company of New York and Another, Respondents. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Empire Architect Bronze Company, Respondent, Appellant, v. Hennessy Realty Company and Others, Appellants, Respondents. — Judgment affirmed, without costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Warren Stevens Lutz, Indicted as Warren Stevens, Appellant. — Judgment and order affirmed. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.